**Order entered January 25, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00636-CR

**CEDRIC DERRELL MILLAGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-80247-07**

## ORDER

The Court **REINSTATES** the appeal.

On December 13, 2012, we ordered the trial court to make findings of fact regarding why the reporter's record had not been filed. On January 16, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the December 13, 2012 order.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID W. EVANS
           JUSTICE